```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 05666
    WYATRA L PATTERSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1055

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/17/2006 and was confirmed 08/03/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   2.00%.

     The case was dismissed after confirmation 10/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC          .00            .00            .00
CAPITAL ONE AUTO FINANCE  SECURED                .00            .00            .00
COOK COUNTY TREASURER     SECURED             981.15            .00         981.15
WASHINGTON MUTUAL         CURRENT MORTG          .00            .00            .00
ARONSON FURNITURE         UNSECURED          1734.40            .00            .00
BANCO POPULAR             UNSECURED         NOT FILED           .00            .00
WORLD FINANCIAL NETWORK   UNSECURED           225.80            .00            .00
CASH TRANSFER CENTERS     UNSECURED         NOT FILED           .00            .00
AT & T WIRELESS           NOTICE ONLY       NOT FILED           .00            .00
COMCAST                   UNSECURED         NOT FILED           .00            .00
COMMONWEALTH EDISON       NOTICE ONLY       NOT FILED           .00            .00
FIRST USA BANK            NOTICE ONLY       NOT FILED           .00            .00
GREAT AMERICAN FINANCE    NOTICE ONLY       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          6206.38            .00            .00
HSBC NV                   UNSECURED         NOT FILED           .00            .00
ILLINOIS DEPT OF EMP SEC  UNSECURED              .00            .00            .00
MENARDS                   UNSECURED         NOT FILED           .00            .00
NICOR GAS                 UNSECURED              .00            .00            .00
ONE STEP CASH             UNSECURED         NOT FILED           .00            .00
PAYDAY OK                 UNSECURED         NOT FILED           .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED         16473.81            .00            .00
UNITED CASH LOANS         UNSECURED         NOT FILED           .00            .00
VILLAGE OF MATTESON       NOTICE ONLY       NOT FILED           .00            .00
ARONSON FURNITURE         SECURED           1807.00          311.23         720.25
CAVALRY PORTFOLIO SERVIC  UNSECURED          5176.46            .00            .00
GMAC MORTGAGE CORPORATIO  CURRENT MORTG          .00            .00            .00
B-LINE LLC                UNSECURED          4416.27            .00            .00
CB USA                    UNSECURED            56.00            .00            .00
MRSI                      UNSECURED           598.00            .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED           900.00            .00            .00
AVENUE REALTY 1000        UNSECURED           182.00            .00            .00
DAVID M SIEGEL            DEBTOR ATTY       3,000.00                       2,488.72

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05666 WYATRA L PATTERSON
```

```
TOM VAUGHN                   TRUSTEE                                    293.65
DEBTOR REFUND                REFUND                                        .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      4,795.00

PRIORITY                                                   .00
SECURED                                              1,701.40
    INTEREST                                           311.23
UNSECURED                                                  .00
ADMINISTRATIVE                                       2,488.72
TRUSTEE COMPENSATION                                   293.65
DEBTOR REFUND                                              .00
                             ---------------     ---------------
TOTALS                       4,795.00                4,795.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/27/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE